IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00587-ZLW

FREDERICK BANKS,

    Plaintiff,

v.

VIO SOFTWARE,
THREE MONKEY KARAOKE, and
WARREN DO,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 3 2007

GREGORY C. LANGHAM
                     CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Frederick Banks is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Yazoo City, Mississippi. Mr. Banks filed *pro se* on July 24, 2007, a combination motion titled "Motion for Reconsideration of Order and Judgment of Dismissal; and Notice of Appeal; and Motion for Amend Complaint Pursuant to Federal Rule of Civil Procedure 15." This order will address the motions to reconsider and to amend.

In the motion to reconsider, Mr. Banks asks the Court to reconsider and vacate the order and judgment of dismissal filed on July 10, 2007. The Court must construe the motion to reconsider liberally because Mr. Banks is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). ***See id.*** A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). ***See id.*** at 1243. Because the motion to reconsider was filed within ten days after the Court's dismissal order, the Court will consider the motion to reconsider pursuant to Rule 59(e). ***See Van Skiver***, 952 F.2d at 1243.

The Court dismissed the complaint on July 10, 2007, because Mr. Banks failed to allege facts demonstrating that Defendants deprived him of a right secured by federal law while they were acting under color of state law, and entered judgment in favor of Defendants and against Plaintiff. The basis for the dismissal is explained in detail in the July 10 order.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Banks fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. ***See Shields v. Shetler***, 120 F.R.D. 123, 126 (D. Colo. 1988). Mr. Banks does not allege the existence of any new law or evidence and he fails to convince the Court of the need

to correct clear error or prevent manifest injustice. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion for Reconsideration of Order and Judgment of Dismissal" submitted *pro se* by Plaintiff Frederick Banks, and which the Court has construed liberally as a motion to alter or amend the judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, is denied. It is

FURTHER ORDERED that the motion to amend is denied as moot.

DATED at Denver, Colorado, this 3 day of Aug., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00587-BNB

Frederick Banks
Reg. No. 05711-068
FCI - Yazoo
PO Box 5000 - Unit 2Aw
Yazoo City, MS 39194-5000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __8/3/7__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk